# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 29, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138983-4(60)

LYNN M. ROUSSEAU, Personal
Representative of the Estate of KELLY
SUE ROUSSEAU, Deceased,
      Plaintiff-Appellant,

v

                                SC: 138983-4
                                COA: 280441; 281093
                                Chippewa CC: 05-007915-NH

KRISTINA MASUGA, M.D., TIMOTHY
TETZLAFF, D.O., JOHN OCKENFELS,
D.O., RIVERSIDE MEDICAL ASSOCIATES,
P.C., and TENDERCARE, INC.,
      Defendants-Appellees.

_____/

On order of the Court, the motion for reconsideration of this Court's November 23, 2009 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2010

d0322

_____
Clerk